IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEITH T. WILDER**                                                          **PLAINTIFF**

**v.**                    **CASE NO. 4:16-CV-00204 BSM**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                             **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 22] and plaintiff Keith Wilder's objections [Doc. No. 23] have been reviewed. After reviewing the record, the RD is adopted.

Accordingly, the commissioner's decision is affirmed and Wilder's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 12th day of May 2017.

                                                            _____
                                                            UNITED STATES DISTRICT COURT